462 P.2d 625

STATE of New Mexico, Plaintiff-Appellee,

v.

Fred Arthur SEDILLO and Epifanio Sedillo, Defendants-Appellants.

No. 8956.

Supreme Court of New Mexico.

Dec. 19, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 347, 81 N.M. 47, 462 P.2d 632, be and the same is hereby returned to the Clerk of the Court of Appeals.

462 P.2d 625

Allan R. JOHNSTON, a/k/a Allan R. Johnson, Petitioner,

v.

Honorable James M. SCARBOROUGH, District Judge of the First Judicial District, County of Santa Fe, State of New Mexico, Respondent.

No. 8952.

Supreme Court of New Mexico.

Dec. 29, 1969.

MOISE, Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring.

Ordered that the writ of prohibition heretofore issued herein on November 17, 1969, be and the same is hereby discharged.

462 P.2d 625

The NEW MEXICO STATE TAX COMMISSION, Petitioner,

v.

BOARD OF COUNTY COMMISSIONERS OF LEA COUNTY, New Mexico, Donald L. Lanford, John J. Teague, Thomas B. Kennann, the members thereof, and Alvis Leon Faris, County Assessor of Lea County, Respondents.

No. 8984.

Supreme Court of New Mexico.

Dec. 24, 1969.

MOISE, Chief Justice, and COMPTON and WATSON, Justices, concurring.

Ordered that petition for writ of mandamus be and the same is hereby denied.